IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 14-15150-E

WASEEM DAKER,

                    Plaintiff-Appellant,

versus

PATRICK HEAD,
JESSE D. EVANS,
MARY E. STALEY,
BRIAN OWENS,
TIMOTHY WARD, et al.,

                    Defendants-Appellees.

Appeal from the United States District Court
for the Southern District of Georgia

Before: TJOFLAT and WILSON, Circuit Judges.

BY THE COURT:

On November 28, 2014, this appeal was dismissed for want of prosecution based on Appellant's failure to pay the requisite fees, and in light of the district court's finding that he has three "strikes" under 28 U.S.C. § 1915(g), and thus is ineligible to proceed on appeal *in forma pauperis*.

Appellant previously filed a motion seeking various relief, including to reinstate the appeal and for the Court to evaluate whether he does, in fact, have three "strikes" within the meaning of 28 U.S.C. § 1915(g). On February 26, 2015, the Court held in abeyance the motion,

pending resolution of the appeal in case no. 14-12139, in which the Court was already addressing the very issue of whether Appellant has three "strikes." The mandate has now issued in case no. 14-12139, and Appellant's motion in this matter is now ripe for review.

Because this Court determined, in case no. 14-12139, that Appellant does not have three "strikes" under § 1915(g), the motion to reinstate the appeal is GRANTED.

Any request by Appellant for leave to proceed *in forma pauperis* will be addressed after the Court has received from Appellant the required consent form. The remaining requests for relief contained in Appellant's motion are DENIED AS MOOT, in light of the Court's ruling.