IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

WASEEM DAKER,

      Plaintiff,

  v.

PATRICK HEAD, et al.,

      Defendants.

CIVIL ACTION NO.: 6:14-cv-47

## O R D E R

Before the Court is Plaintiff's Motion for 28 U.S.C. § 1292(b) Certification on the issue of whether the Georgia Department of Corrections' two-grievance limit violates the principle laid out in Simmons v. United States, 390 U.S. 377 (1968), or otherwise renders remedies unavailable under 42 U.S.C. § 1997e(a). Doc. 201.

As Defendants note in their Response brief, doc. 213, such a request for certification is premature. Under 28 U.S.C. § 1292(b), "the district court may certify an interlocutory order for appeal if the order (1) involves a controlling question of law, (2) as to which there is substantial ground for difference of opinion, and (3) an immediate appeal from the order may materially advance the ultimate termination of the litigation." Harris v. Luckey, 918 F.2d 888, 892 (11th Cir. 1990). Further, "[t]he statute requires an 'order' from the district court that is directly associated with the disposition of at least a claim, if not the entire case itself." Id. Here, Plaintiff fails to identify an actual order for which he seeks the Court's certification for appeal.

Accordingly, the Court **DENIES** Plaintiff's Motion for 28 U.S.C. § 1292(b) Certification. Doc. 201.

    **SO ORDERED**, this 2nd day of February, 2021.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA