# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### STATESBORO DIVISION

WASEEM DAKER,                                  )
                                               )
       Plaintiff,                       )
                                               )
v.                                             )
                                               )        6:14-CV-47-RSB-BWC
PATRICK HEAD, et al.                           )
                                               )
       Defendants.                      )

## ANSWER AND DEFENSES OF DEFENDANTS BRIAN OWENS, ROBERT TOOLE, LINTON DLOACH, AND BETTY BAILY-DEAN

Defendants Brian Owens, Robert Toole, Linton DeLoach, and Betty Baily-Dean

(Defendants), through counsel, submit their answers and defenses to Plaintiff's

complaint[1] (Docs. 1, 9) (Complaint) as follows:

## FIRST DEFENSE

The Complaint fails for lack of subject matter jurisdiction.

## SECOND DEFENSE

The Complaint fails to state a claim upon which relief may be granted.

## THIRD DEFENSE

Plaintiff has failed to exhaust his available administrative remedies pursuant to 42

U.S.C. § 1997e, to which he was subject by virtue of his status as a prisoner incarcerated

---

[1] Following the district court's order granting a motion to dismiss, the only surviving claims in this case are "Plaintiff's GSP procedural due process claims concerning his placement in Tier II/segregation against Defendants Deloach, Owens, Toole, Bailey-Dean, and Jacobs." (Doc. 290 at 2). Plaintiff did not list Bailey-Dean as a defendant until the supplemental portion of the Complaint, which starts at paragraph 133. (Doc. 9 at 2-3). Defendant Jacobs has not been served and has not appeared in the case.

in prison at the time that he brought this action for alleged violation of constitutional rights.

## FOURTH DEFENSE

Plaintiffs' claims are barred, in whole or in part, by the Eleventh Amendment and the doctrines of sovereign and/or official immunity.

## FIFTH DEFENSE

Plaintiffs' claims are barred, in whole or in part, on the basis that an individual defendant sued in his or her official capacity is not a "person" subject to suit under 42 U.S.C. § 1983.

## SIXTH DEFENSE

Plaintiff's claims are barred, in whole or in part, by the doctrine of qualified immunity.

## SEVENTH DEFENSE

Plaintiff's claims fail, in whole or in part, because Defendants have not denied him any rights, privileges, or immunities secured by the Constitution or laws of the United States.

## EIGHTH DEFENSE

Plaintiff's claims for compensatory damages are barred, in whole or in part, because he has not suffered a physical injury that is more than *de minimis*.

## NINTH DEFENSE

Plaintiff's claims for injunctive relief, if any, are barred, in whole or in part, because he has not suffered a violation of a Federal right.

Defendants reserve the right to raise any other defenses allowed by law at such time as Plaintiff's claims or contentions are more particularly identified in this case. Subject to and without waiving any of the foregoing defenses, Defendants object to and respond to the individually numbered paragraphs of the Complaint as follows:

I.      Defendants admit that Plaintiff has filed other lawsuits in federal court. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph of the Complaint, including its subparts, and so the allegations are denied.

II.     Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint, including its subparts, to the extent that these allegations concern Plaintiff's surviving claims, and so these allegations are denied.  To the extent that the allegations in this paragraph of the Complaint concern no longer pending claims, those allegations are denied.

III.    Defendants admit that Plaintiff brought this lawsuit and that they are the only remaining defendants in it.

IV.     Defendants refer to their responses in paragraphs 1 through 278 below.

V.      Defendants refer to their responses in paragraphs 1 through 278 below.

## I. Introduction

1.      Defendants admit that Plaintiff's claims are brought under 42 U.S.C. § 1983.  The remaining allegations in this paragraph concern no longer pending claims and, thus, are denied.

## II. Jurisdiction and Venue

2.      Defendants admit that this court has original jurisdiction over claims brought under 42 U.S.C. § 1983 under 28 U.S.C. § 1331, and deny any remaining allegations in this paragraph.

3.      The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

4.      Defendants admit that the Southern District of Georgia is the proper venue for this case.  Defendants deny that any constitutional violations have occurred.

## III. Parties

5.      Defendants admit that Plaintiff was in the custody of Georgia Department of Corrections (GDC) and housed at Georgia State Prison (GSP) in 2014 when Plaintiff first filed the Complaint.  Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph, and so those allegations are denied.

6.      The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are

without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

7.      The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

8.      Defendants admit that Defendant Owens was the GDC Commissioner when the Complaint was filed and that Plaintiff sued Defendant Owens in his individual and official capacity.  The remaining allegations in this paragraph concern no longer pending claims and, thus, are denied.

9.      The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

10.      Defendants admit that Defendant Toole was the warden of GSP and that Defendant DeLoach was the unit manager of the special management unit (SMU) at GSP when the Complaint was filed.  Defendants also admit that Plaintiff sued both Defendants Toole and DeLoach in their individual and official capacities.  The remaining allegations in this paragraph concern no longer pending claims and, thus, are denied.

11.      The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

**A. B. C. D.: Access to Courts, Retaliation, and Due Process and Eighth Amendment**

12.     The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

13.     The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

14.     The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

15.     The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

16.     The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

17.     The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are

without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

18.     The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

19.     The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

20.     The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

21.     The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

22.     The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

23.     The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

24.     The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

25.     The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

26.     The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

27.     The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

28.     The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are

without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

29.    The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

30.    The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

31.    The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

32.    The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

33.    The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

34.     The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

35.     The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

36.     The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

37.     The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

38.     The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

39.     The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are

without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

40.     The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

**E. Deliberate Indifference to Transmission of Infectious Diseases**

41.     The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

42.     The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

43.     The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

44.     The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

45.     The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

46.     The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

**F. Denial of Medical Care at GSP, and Deliberate Indifference**

47.     The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

48.     The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

49.     The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

50.     The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are

without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

51.     The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

52.     The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

53.     The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

54.     The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

55.     The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

56.     The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

57.     The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

58.     The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

59.     The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

60.     The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

61.     The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are

without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

62.     The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

**G. Deliberate Indifference to Serious Dental Needs**

63.     The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

64.     The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

65.     The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

66.     The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

67.     The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

68.     The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

**H. Denial of Jumu'ah Islamic Service**

69.     The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

70.     The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

71.     The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

**I. Denial of Ta'lim Islamic Service**

72.     The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

73.     The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

74.     The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

75.     The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

76.     The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

**J. Denial of Mail**

77.     The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

78.     The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

79.     The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

80.     The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

81.     The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

82.     The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are

without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

**K. Denial of Redress for Grievances**

83.     The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

84.     The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

85.     The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

86.     The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

87.     The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

88.     The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

89.     The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

90.     The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

91.     The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

92.     The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

**L. Access to Courts-Restrictions on Indigent Mail**

93.     The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are

without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

94.     The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

95.     The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

96.     The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

97.     The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

98.     The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

99.     The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

100.     The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

101.     The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

102.     The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

103.     The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

104.     The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are

without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

105.    The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

106.    The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

107.    The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

108.    The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

109.    The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

110.    The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

111.    The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

112.    The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

113.    The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

**V. Statement of Claims**

114.    The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

115.    The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are

without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

116.    The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

117.    The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

118.    The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

119.    The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

120.    The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

121.    The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

122.    The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

123.    The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

124.    The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

125.    The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

126.    The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are

without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

127.     The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

## VI. Imminent Danger of Serious Physical Injury

128.     The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

129.     The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

130.     The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

131.     The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

**VII. Relief Sought**

132.    The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

**I. Introduction**

133.    The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

**II. Parties**

134.    Defendants admit that Defendant Bailey-Dean was the GDC statewide-tier coordinator at the time the Complaint was filed.

135.    The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

136.    The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

137.    The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are

without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

138.    The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

139.    The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

140.    The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

141.    Defendants admit that Plaintiff sued them in their individual and official capacities but deny that he is owed any relief.

**F. Denial of Medical Care at GSP and Deliberate Indifference**

142.    The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

143.    The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are

without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

144.    The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

145.    The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

146.    The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

147.    The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

148.    The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

149.     The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

150.     The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

151.     The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

152.     The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

153.     The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

154.     The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are

without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

155.    The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

156.    The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

157.    The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

158.    The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

159.    The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

160.     The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

161.     The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

162.     The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

163.     The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

164.     The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

165.     The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are

without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

166.    The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

167.    The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

168.    The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

169.    The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

170.    The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

**M. Disciplinary Isolation**

171.    The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

172.    The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

**N. Due Process in Placement on E-Wing**

173.    The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

174.    The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

175.    The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

176.    The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

177.    The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

178.    The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

179.    The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

180.    The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

181.    The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are

without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

182.     The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

183.     The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

184.     The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

185.     The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

186.     The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

187.    The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

188.    The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

189.    The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

190.    The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

191.    The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

192.    The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are

without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

193.    The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

194.    The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

195.    The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

196.    The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

197.    The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

**O. Tier II Due Process Violations**

198.     Defendants admit that GDC implemented a tier segregation system around 2013 and that Tier I segregation consists of ordinary administrative segregation. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph of the Complaint, and so those allegations are denied.

199.     Defendants admit that Tier II consists of phases through which an inmate can progress.  Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph, and so those allegations are denied.

200.     Defendants admit that inmates in the Tier II program are afforded privileges based upon their performance in the program, and further admit that the program has phases through which an inmate may progress based upon their performance, from the most to least restrictive, and that each phase through which an inmate may progress provides an inmate progressively more privileges. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph, and so those allegations are denied.

201.     Defendants admit that inmates in the Tier II program are afforded privileges based upon their performance in the program, and further admit that the program has phases through which an inmate may progress based upon their performance, from the most to least restrictive, and that each phase through which an inmate may progress provides an inmate progressively more privileges.  Defendants deny that prisoners on Tier II are not allowed any religious paraphernalia.  Defendants are

without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph, and so those allegations are denied.

202.   Defendants admit that inmates in the Tier II program are afforded privileges based upon their performance in the program, and further admit that the program has phases through which an inmate may progress based upon their performance, from the most to least restrictive, and that each phase through which an inmate may progress provides an inmate progressively more privileges. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph, and so those allegations are denied.

203.   Defendants admit that inmates in the Tier II program are afforded privileges based upon their performance in the program, and further admit that the program has phases through which an inmate may progress based upon their performance, from the most to least restrictive, and that each phase through which an inmate may progress provides an inmate progressively more privileges. Defendants deny that prisoners assigned to Tier II are denied all religious services and other programs. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph, and so those allegations are denied.

204.   Denied.

205.   Defendants admit that Tier II was initially implemented at close security prisons.  Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph, and so those allegations are denied.

206.    Defendants admit that Plaintiff was transferred from the Special Management Unit (SMU) of the Georgia Diagnostic and Classification Prison (GDCP) to GSP at some point in 2014.  Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph, and so those allegations are denied.

207.    Defendants admit that the Tier II program was implemented at GSP at some point in 2014.  Defendants deny that prisoners at GSP were randomly assigned to Tier II, either for arbitrary reasons or no reason at all, and without procedural due process protections.  Answering further, Defendants state that there was a classification appeals process for prisoners assigned to Tier II.  Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph, and so those allegations are denied.

208.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and so they are denied.

209.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and so they are denied.

210.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and so they are denied.

211.    Defendants admit that, when the Tier II program was implemented at GSP, several tactical squad officers and high-ranking central officials of the GDC were present and participated in the process.  Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph, and so those allegations are denied.

212.    Defendants admit that tactical squad officers searched prisoners during the implementation of Tier II.  Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph, and so those allegations are denied.

213.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and so they are denied.

214.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and so they are denied.

215.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and so they are denied.

216.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and so they are denied.

217.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and so they are denied.

218.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and so they are denied.

219.    Defendants deny that there was a statewide policy to discontinue the medical profiles of all prisoners in Tier II.  Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph, and so those allegations are denied.

220.    Defendants admit that prisoners assigned to Tier II have an appeals process available to them upon learning of the assignment.  Defendants deny that the appeals process comes too late for prisoners assigned to Tier II.  Defendants deny that

Plaintiff was given no notice of his placement on Tier II or given no opportunity to be heard prior to his placement on Tier II.  Defendants deny any remaining allegations in this paragraph.

220(a). Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and so they are denied.

220(b). Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and so they are denied.

### P. Deliberate Indifference to Serious Medical Needs: Cancellation of Medical Profiles on Tier Program

220.    The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.[2]

221.    The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

222.    The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

---

[2] Defendants follow Plaintiff's numbering, which includes two paragraphs numbered 220 and paragraphs 220(a) and 220(b).

223.    The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

224.    The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

225.    The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

226.    The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

227.    The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

228.    The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are

without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

229.    The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

230.    The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

**Q. Denial of Court Access - - Denial of Access to Photocopies**

231.    The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

232.    The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

233.    The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

234.     The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

235.     The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

236.     The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

237.     The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

238.     The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

239.     The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are

without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

240.     The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

241.     T The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

242.     The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

243.     The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

244.     The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

245.    The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

246.    The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

**R. Denial of Court Access - - Inadequate Postage to Mail and Serve Legal Documents**

247.    The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

248.    The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

249.    The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

250.    The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are

without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

251.    The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

252.    The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

253.    The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

254.    The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

255.    The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

256.     The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

257.     The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

258.     The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

259.     The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

260.     The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

261.     The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are

without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

262.    The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

**S. Property Interest Due Process Claims**

263.    The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

264.    The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

265.    The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

266.    The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

267.     The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

268.     The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

## V. Statement of Claims

269.     The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

270.     The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

271.     The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

272.     The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are

without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

273.    Denied.

274.    The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

275.    The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

276.    The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

277.    The allegations in this paragraph concern no longer pending claims and, thus, no response is required.  To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied.

**VII. Relief Sought**

278.    Defendants deny that Plaintiff is owed any relief.

## **GENERAL DENIAL**

To the extent that any allegation of the Complaint has not been specifically admitted, denied, or otherwise controverted herein, Defendants deny the allegation.

WHEREFORE, having answered fully, Defendants request a jury trial on all issues so triable, that judgment be entered in their favor and against Plaintiffs on all claims, that Plaintiff take nothing from Defendants and that Defendants be awarded and Plaintiff be assessed all costs of this action, and that the Court enter such other relief as it deems just and proper.

Respectfully submitted this 30th day of September, 2021,

Christopher M. Carr          112505
Attorney General

Kathleen M. Pacious          558555
Deputy Attorney General

Roger A. Chalmers            118720
Senior Assistant Attorney General

*/s/Wade Herring*              278313
Wade W. Herring, III
Assistant Attorney General

PLEASE ADDRESS ALL
COMMUNICATIONS TO:
Wade W. Herring, III
State Law Department
40 Capitol Square SW
Atlanta, GA  30334
Tel: (404) 458-3375
Fax: (404) 651-5304
Email: wherring@law.ga.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this date I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record: NONE.

I further certify that this document has been filed by remote process at a time when the Georgia Department of Law has put into place a telework policy as part of ongoing health and safety measures related to the COVID-19 pandemic. The document will be served by U.S. mail, first class postage prepaid, on the following non-CM/ECF participant on Thursday, September 30, 2021:

Waseem Daker
GDC # 901373
Smith State Prison
P.O. Box 726
Glenville, GA 30427

This 30th day of September, 2021.

/s/ Wade W. Herring, III
Wade W. Herring, III
Assistant Attorney General

- 56 -