IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| WASEEM DAKER, | |
| Plaintiff, | CIVIL ACTION NO.: 6:14-cv-47 |
| v. | |
| BRIAN OWENS, et al., | |
| Defendants. | |

**O R D E R**

This matter comes before the Court on Plaintiff's Motion for Service of All Future Hearings and Status Conferences (Nunc Pro Tunc).[1] Doc. 405. For the reasons below, the Court **DENIES** Plaintiff's Motion.

Plaintiff states the Clerk of Court sent him notice of an August 31, 2021 telephonic status conference scheduled in this matter and there is an indication the mailroom at the institution where he is housed received the notice on August 24, 2021, but he did not receive the notice until three weeks later. Plaintiff complains that the delayed notice caused him to be unprepared during the August 31, 2021 conference. As relief, Plaintiff "moves for notice of all future hearings and status conferences so he is not caught off guard" and for the Court to order prison officials at the institution to provide him with all future notices without delay.

To the extent Plaintiff asks for some special accommodation or additional notice beyond that ordinarily provided by the Clerk of Court, Plaintiff's Motion is **DENIED**. Although

---

[1] Plaintiff's Motion is dated and signed September 14, 2021, and postmarked September 17, 2021. Doc. 405 at 2–3. However, Plaintiff's Motion was not docketed until March 24, 2022.

Plaintiff asserts he did not receive notice of a telephonic conference on one occasion, Plaintiff has not shown any reason for the Court to order the Clerk to deviate from his ordinary practices in this case. Indeed, by Plaintiff's own account, the lack of advance notice Plaintiff complains about was a result of delays at his place of confinement, not a lack of notice from the Court.

To the extent Plaintiff asks the Court to order Smith State Prison officials to provide Plaintiff with notices from the Court without any delay, that request is due to be denied. Smith State Prison officials are not parties to this suit, and Plaintiff provides no basis for the Court to exercise its jurisdiction over these non-parties. Moreover, it appears since the August 31, 2021 status conference, Plaintiff has timely received such notices. For example, Plaintiff was mailed dial-in instructions for a February 22, 2022 status conference, and he participated in that conference without raising any concerns about lack of notice. Doc. 384. Accordingly, the Court **DENIES** Plaintiff's Motion for Service of All Future Hearings and Status Conferences (Nunc Pro Tunc). Doc. 405.

**SO ORDERED**, this 25th day of May, 2022.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA