IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| WASEEM DAKER, | |
| Plaintiff, | CIVIL ACTION NO.: 6:14-cv-47 |
| v. | |
| BRIAN OWENS, et al., | |
| Defendants. | |

**O R D E R**

This matter comes before the Court on Plaintiff's Motion for Extension to Complete Discovery. Doc. 371. Plaintiff requests the Court provide an additional 140 days of discovery. Plaintiff explains the additional 140 days are needed in light of his various motions to compel. Id. The Court recently ruled on Plaintiff's motions to compel, largely denying Plaintiff's motions. Doc. 425. Moreover, the Court provided an additional 21 days of discovery considering the portions of the parties' motions that were granted. Id. Plaintiff has not provided sufficient justification for an additional 140 days of discovery. Further, the Court has provided a reasonable extension of time to complete the remaining discovery tasks. Accordingly, the Court **DENIES** Plaintiff's Motion for Extension to Complete Discovery.

**SO ORDERED**, this 26th day of May, 2022.

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA