IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| WASEEM DAKER, | |
| Plaintiff, | CIVIL ACTION NO.: 6:14-cv-47 |
| v. | |
| BRIAN OWENS, et al., | |
| Defendants. | |

**O R D E R**

This matter comes before the Court on Plaintiff's Motion to Clarify Issues for Discovery. Doc. 404. Plaintiff asks for the Court to issue an order declaring certain issues and topics are germane to discovery. For example, Plaintiff asks the Court rule that his poor disciplinary history and information about his transfer to Georgia State Prison are relevant for discovery. Id. at 1, 3. However, Plaintiff does not point to a particular discovery dispute over these topics. It is not appropriate to enter an order on speculative discovery disputes. Further, to the extent these purported discovery topics are co-extensive with the discovery disputes briefed in Plaintiff's motions to compel, the Court has already ruled on those issues. Doc. 425. Accordingly, the Court **DENIES** Plaintiff's Motion to Clarify Issues for Discovery. Doc. 404.

**SO ORDERED**, this 26th day of May, 2022.

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA