IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| WASEEM DAKER,<br><br>    Plaintiff,<br><br>    v.<br><br>BRIAN OWENS, et al.,<br><br>    Defendants. | CIVIL ACTION NO.: 6:14-cv-47 |

### O R D E R

This Order concerns Defendants' Notice of Filing Costs and Fees. Doc. 439. Defendants filed this Notice in accordance with the Court's Order directing them to do so, after the Court granted their motion to compel. Doc. 431. To the extent Plaintiff disputes the amount of costs and fees set forth in Defendants' Notice, Plaintiff is **DIRECTED** to file a response on or before July 11, 2022. If Plaintiff fails to file a response to Defendants' Notice within the time set by this Order, the Court will assume Plaintiff does not dispute the amounts set forth in the Notice.

**SO ORDERED**, this 24th day of June, 2022.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA