IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| WASEEM DAKER, | |
| Plaintiff, | CIVIL ACTION NO.: 6:14-cv-47 |
| v. | |
| BRIAN OWENS, et al., | |
| Defendants. | |

### O R D E R

After an independent and de novo review, the undersigned concurs with the Magistrate Judge's Report and Recommendation. (Doc. 430.) No party filed Objections to the Report and Recommendation. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court and **DENIES** the portion of Defendants' Motion for Sanctions of Dismissal and to Compel Attendance and Testimony in Deposition in which Defendants seek dismissal of Plaintiff's claims. (Doc. 378.)

**SO ORDERED**, this 28th day of June, 2022.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA