AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

WASEEM DAKER,

Plaintiff,

v.

BRIAN OWENS, et al.,

Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 6:14-cv-47

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of the Court dated September 30, 2022, Plaintiff's Complaint is dismissed with prejudice for failure to follow the Court's Order. This case stands closed.

Approved by: _____

September 30, 2022
Date

John E. Triplett, Clerk of Court
Clerk

_____
(By) Deputy Clerk

GAS Rev 10/2020